THE HONORABLE JAMES L. ROBART

1

2

3

4

5    UNITED STATES DISTRICT COURT
     WESTERN DISTRICT OF WASHINGTON
6    AT SEATTLE

7    UNITED STATES OF AMERICA,          )    No. CR 16-284-JLR
                                        )
8              Plaintiff,               )
                                        )
9          v.                           )    (PROPOSED) ORDER GRANTING
                                        )    UNOPPOSED MOTION TO
10   DONALD McCOY, JR.,                 )    CONTINUE TRIAL AND PRETRIAL
                                        )    MOTIONS DUE DATE
11             Defendant.               )
                                        )
12

13        Based on the unopposed motion of the defendant to continue the trial date and

14   extend the pretrial motion deadline and the facts and circumstances contained therein,

15   which are incorporated by reference as findings of fact, the Court finds:

16        1. The ends of justice served by granting this continuance outweigh the best

17   interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

18        2. Proceeding to trial absent adequate time for the defense to prepare would

19   result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(i).

20        3. The defense needs additional time to explore issues of some complexity,

21   which would make it unreasonable to expect adequate preparation for pretrial

22   proceedings or for trial itself within the time limits established by the Speedy Trial Act

23   and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

24

25

26

1    4.  Taking into account the exercise of due diligence, a continuance is necessary

2  to allow the defendant the reasonable time for effective preparation of his defense. 18

3  U.S.C. § 3161(h)(7)(B)(iv).

4    IT IS THEREFORE ORDERED that the trial date is continued from January 3,

5  2017, to June 5, 2017. Additionally, the period of delay from the date of this order

6  through the new trial date is hereby excluded for speedy trial purposes under 18 U.S.C.

7  § 3161(h)(7)(A) and (B).

8    Pretrial motions are due no later than ___April 21___, 2017.

9    DONE this 29th day of ___November___, 2016.

10

11

12    _____

13    JAMES L. ROBART
      UNITED STATES DISTRICT JUDGE

14

15  Presented by:

16  s/ Vanessa Pai-Thompson
    Assistant Federal Public Defender

17  Attorney for Donald McCoy, Jr.

18

19

20

21

22

23

24

25

26

(PROPOSED) ORDER GRANTING
UNOPPOSED MOTION TO CONTINUE TRIAL
& PRETRIAL MOTIONS DUE DATE
(Donald McCoy; CR16-284JLR)    - 2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100