THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 16-284-JLR |
| Plaintiff, | |
| v. | ~~(PROPOSED)~~ ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DUE DATE |
| DONALD McCOY, JR., | |
| Defendant. | |

Based on the unopposed motion of the defendant to continue the trial date and extend the pretrial motion deadline and the facts and circumstances contained therein, which are incorporated by reference as findings of fact, the Court finds:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(i).

3. The defense needs additional time to explore issues of some complexity, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

(PROPOSED) ORDER GRANTING
UNOPPOSED MOTION TO CONTINUE TRIAL
& PRETRIAL MOTIONS DUE DATE
(Donald McCoy; CR16-284JLR)   - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

4. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation of his defense. 18 U.S.C. § 3161(h)(7)(B)(ii).

IT IS THEREFORE ORDERED that the trial date is continued from June 5, 2017, to January 29, 2018. Additionally, the period of delay from the date of this order through the new trial date is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

Pretrial motions are due no later than __December 14__, 2017.

DONE this __23rd__ day of __April__, 2017.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Vanessa Pai-Thompson
Assistant Federal Public Defender
Attorney for Donald McCoy, Jr.

(PROPOSED) ORDER GRANTING
UNOPPOSED MOTION TO CONTINUE TRIAL
& PRETRIAL MOTIONS DUE DATE
(Donald McCoy; CR16-284JLR)   - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100