UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> DONALD MCCOY, JR., <br> Defendant. | No. CR16-284-JLR <br><br> [PROPOSED] <br><br> **FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture ("Motion") for the following property:

1. One HP Pavilion desktop computer, serial no. MXU92400N6, seized from the Defendant on or about October 12, 2016;

2. One HP Pavilion all-in-one desktop computer, serial no. 2502061725, seized from the Defendant on or about October 12, 2016;

3. One Seagate 1 TB external hard drive, serial no. 2GHKTDN6, seized from the Defendant on or about October 12, 2016;

4. One Western Digital 300 GB hard drive, serial no. WXJ408AA1556, seized from the Defendant on or about October 12, 2016;

Final Order of Forfeiture - 1
U.S. v. Donald McCoy, Jr., CR16-284-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

5. One Western Digital 74 GB hard drive, serial no. WMANS1836839, seized the Defendant on or about October 12, 2016;

6. One Samsung 250 GB hard drive, serial no. S09QJ1TLC09663, seized from the Defendant on or about October 12, 2016;

7. One Western Digital 300 GB hard drive, serial no. WXB1E81CUYA2, seized from the Defendant on or about October 12, 2016;

8. One PNY Optima 1GB SD card, serial no. 0629-TN3319U, seized from the Defendant on or about October 12, 2016; and,

9. Any and all images of child pornography, in whatever format and however stored.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On March 16, 2018, the Court entered a Preliminary Order of Forfeiture finding the above-identified property forfeitable pursuant to 18 U.S.C. § 2253 and forfeiting the Defendant's interest in it (Dkt. No. 67);

- Thereafter, the United States published notice of the forfeiture as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. No. 76) and provided direct notice to three identified potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A) (Declaration of AUSA Jensen in Support of Motion for Entry of a Final Order of Forfeiture, ¶ 2, Exs. A – C); and,

- The time for filing third-party petitions has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-identified property exists in any party other than the United States;

2. The above-identified property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

Final Order of Forfeiture - 2
U.S. v. Donald McCoy, Jr., CR16-284-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. The Department of Homeland Security, and/or its representatives, are authorized to dispose of the property as permitted by governing law.

IT IS SO ORDERED.

DATED this 15th day of June, 2018.

THE HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

MICHELLE JENSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-2242
Michelle.Jensen@usdoj.gov

Final Order of Forfeiture - 3
U.S. v. Donald McCoy, Jr., CR16-284-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970