1

2

3

4

5

6

7

8

9

10

11

12

13

14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

DONALD MCCOY, JR.,

Defendant.

CASE NO. CR16-0284JLR

ORDER

15   Before the court is Defendant Donald McCoy, Jr.'s motion for appointment of

16   counsel.  (Mot. (Dkt. # 87).)  Mr. McCoy filed the instant motion *pro se*, even though he

17   is represented by counsel from the Federal Public Defender's Office.  (*See generally*

18   Mot.; Dkt. (listing Vanessa Pai-Thompson and Andrew Kennedy as counsel of record for

19   Mr. McCoy).)  A person who is represented by counsel cannot file *pro se* motions.  *See*

20   *United States v. Gallardo*, 915 F. Supp. 216, 218 n.1 (D. Nev. 1995); *see also Le v.*

21   *Almager*, No. C 08-03293 SBA, 2013 WL 415632, at *1 (N.D. Cal. Jan. 31, 2013) ("A

22   court need not consider *pro se* motions filed by a party who remains represented by

1  counsel.").  Thus, the court STRIKES Mr. McCoy's *pro se* motion for appointment of

2  counsel (Dkt. # 87).

3    To the extent that Mr. Kennedy and Ms. Pai-Thompson wish to withdraw as

4  counsel for Mr. McCoy, they must follow the procedures as outlined in Local Rule

5  83.2(b).  *See* Local Rules W.D. Wash. LCR 83.2(b); *see also* Local Criminal Rules W.D.

6  Wash. LCrR 1(a) (stating that Local Rule 83.2(b) applies to criminal matters).  Until they

7  do so, they remain counsel for Mr. McCoy, and the court will not consider any pleadings

8  filed by Mr. McCoy *pro se*.  *See* Local Rules W.D. Wash. LCR 83.2(b) ("No attorney

9  shall withdraw an appearance in any case . . . except by leave of court . . . ."); *Gallardo*,

10  915 F. Supp. at 218 n.1; *Le*, 2013 WL 415632, at *1.

11    Dated this 19th day of May, 2022.

12

13

14  JAMES L. ROBART
  United States District Judge

15

16

17

18

19

20

21

22